## STRICKLAND et al. v. ANGIER et al.

*Lumpkin, J.*—This being an application for partition, and the plaintiffs' evidence, as a whole, failing to show that they had any interest in, or title to, the land in dispute, there was no error in dismissing their petition.          *Judgment affirmed.*

July 27, 1896.

Application for partition.    Before Judge Lumpkin.
Fulton superior court.    September term, 1895.

*Robert L. Rodgers,* for plaintiffs.
*John T. Glenn* and *C. J. Simmons,* for defendants.